DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Village of Brady Lake, et al., ) | |
| ) | CASE NO. 5:06 CV 3008 |
| Plaintiff(s), ) | |
| ) | |
| v.  ) | JUDGMENT ENTRY |
| ) | |
| City of Kent, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiffs' complaint is dismissed under Fed. R. Civ. P. 12(b)(1) and (6).


 May 11, 2007                                   *s/ David D. Dowd, Jr.*
Date                                            David D. Dowd, Jr.
                                                U.S. District Judge